**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Toni Batten v. Bayer Corporation, et al.* | No. 3:11-cv-20056-DRH-PMF |
| *Danielle Broom v. Bayer Corporation, et al.* | No. 3:12-cv-11282-DRH-PMF |
| *Sabra M.J. Brown v. Bayer Corporation, et al.* | No. 3:11-cv-11766-DRH-PMF |
| *Laura Murray Carter v. Bayer Corporation, et al.* | No. 3:11-cv-20057-DRH-PMF |
| *Elizabeth Flanigan, individually, and B.F., a minor, through Elizabeth Flanigan and David L. Flanigan, Jr.,his parents and natural guardiansv. Bayer Corporation, et al.* | No. 3:10-cv-20498-DRH-PMF |
| *Chelsea L. Hall v. Bayer Corporation, et al.* | No. 3:11-cv-12056-DRH-PMF |
| *Melvris Lopez v. Bayer Corporation, et al.* | No. 3:11-cv-20064-DRH-PMF |
| *Patricia Glueck, on behalf of the estate of Lauren Glueck, and Patricia Glueck, Individually, v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10682-DRH-PMF |
| *Patricia Lowery, on behalf of the estate of Kristi Bradshaw, deceased, and Patricia Lowery, Individually,v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10302-DRH-PMF |
| *April McConnell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10298-DRH-PMF |
| *Michelle Baisden v. Bayer Pharma AG, et al.* | No. 3:14-cv-10264-DRH-PMF |

*Victoria Lynn Nichols Shearer v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:13-cv-10891-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations and/or Orders of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          **JUSTINE FLANAGAN,**
                                          **ACTING CLERK OF COURT**

                                          **BY:** /s/*Caitlin Fischer*
                                                 **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.06.09 16:06:11 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT